# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-0043-KJD-GWF |
| Plaintiff, | ORDER |
| v. | |
| MARTIN SCHILLER, | |
| Defendant. | |

Presently before the Court is the stipulation (ECF No. 82) of the parties agreeing to continue the hearing on the petition to revoke supervised release, that Defendant should be released from custody pending the hearing, and agreeing which violation Defendant admits and which the Government will dismiss.

As a result, the Court must determine whether Schiller should be detained pending his supervised release revocation hearing. The Court looks to Fed. R. Crim. P. 32.1(a)(1)(6) and 46(d) and applies 18 U.S.C. § 3143(a)(1) in making this determination. Under that statute, such a defendant shall be detained unless "the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released ...." 18 U.S.C. § 3143(a)(1). If the judicial officer makes such a finding, the defendant shall be released pursuant to 18 U.S.C. § 3142(b) or (c). *Id.* The burden of clear and convincing evidence lies with the defendant. Fed. R. Crim. P. 32.1(a)(6); *see Loya*, 23 F.3d 1530. "The rationale behind imposing a more stringent standard for persons on supervised released is that a revocation proceeding is not a new criminal prosecution but part of the defendant's punishment for the underlying case." *United States v. Hoover*, No. 3:14-cr-00072-RCJ-CLB, 2020 WL 1549624, at \*1 (D. Nev. Apr. 1, 2020), *aff'd*, No. 20-10139, 2020 WL 3979853 (9th Cir. May 22, 2020) (citing *United States v. Hulen*, 879 F.3d 1015, 1020 (9th

Cir. 2018)).

Subsequent to the detention hearing at which Defendant was ordered detained as a danger to the community, the Government has agreed that Defendant may be released upon the condition that Schiller's conditions of supervised release be modified to add Special Condition 10, no social media. The Court finds by clear and convincing evidence that with the added no social media condition, Defendant does not pose a danger to the safety of the community.

Accordingly, IT IS HEREBY ORDERED that Defendant's conditions of supervised release be modified to add Special Condition 10, no social media.

IT IS FURTHER ORDERED that Defendant Martin Schiller be released from custody, pending hearing on the petition to revoke supervised release, forthwith.

Dated: Tuesday, September 9, 2025.

Kent J. Dawson
United States District Judge