# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00043-KJD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN SCHILLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the pending petition for revocation of supervised release, ECF No. 62, is hereby dismissed without prejudice.

DATED this 24th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3